## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

VIRGIL DOBBINS, III                                               PLAINTIFF

V.                              No. 3:22-CV-00175-DPM-JTR

MATT McCLAIN, Lieutenant,
Mississippi County Detention Center, *et al*.              DEFENDANTS

### ORDER

Plaintiff Virgil Dobbins III ("Dobbins"), a convicted prisoner in the Mississippi County Detention Center ("MCDC"), has filed a *pro se* § 1983 Complaint alleging Defendants violated his constitutional rights. *Doc. 2*. Before he may proceed, the Court must screen his claims.[1]

Dobbins alleges that, beginning on January 8, 2022, he "started having stomach pains under [his] ribs on the right side." *Doc. 2 at 4*. He alleges he informed Defendant Nurse Laura Cleveland ("Cleveland") about his pain that day, and again on January 12, 2022, but each time Cleveland only checked his blood pressure, but did not provide any other medical care or do anything to alleviate his pain. *Id*.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

Dobbins alleges he continued to suffer, but did not complaint again until mid-February, at which time Cleveland took a blood sample, "but [he] never hear[d] anything." *Id*.

On March 20, 2022, Dobbins was seen by an unidentified male nurse (hereinafter "Nurse Doe"),[2] who checked his blood pressure and felt under his ribs. *Id. at 4-5*. According to Dobbins, Defendant Nurse Doe said he could "feel swelling," and after talking to the doctor, he drew blood, and started Dobbins on blood pressure medication. *Id*. However, Dobbins alleges he was still not given any treatment for his stomach pains. *Id*.

Dobbins alleges he continues to suffer from the stomach pain under his ribs, has filed numerous medical requests and grievances, but has never been given any medication or treatment for the pain, nor has he ever heard back about his blood draws. *Id. at 5*.

*For screening purposes only*, Dobbins has stated plausible inadequate medical care claims against Cleveland and Nurse Doe, and he will be allowed to proceed with those claims.[3]

---

[2] Robbins identified the male nurse Defendant as "Nurse C."

[3] Dobbins also alleges that he repeatedly asked for a copy of his medical records, but the nurses and Defendant Lieutenant Matt McClain ("McClain") refused to provide them. This allegation fails to state a viable claim under § 1983 and will be addressed in a separate Recommendation.

The Court will direct service on Nurse Cleveland but cannot order service on Nurse Doe until Dobbins provides his name and service address. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant); *Coleman v. Newton*, 334 F. App'x 52, 53 (8th Cir. 2009) (affirming dismissal of prisoner's § 1983 complaint after he failed to provide the information needed to serve defendants). After Nurse Cleveland is served and files an Answer, the Court will enter a Scheduling Order that sets a deadline for Dobbins to file a Motion for Service containing the identity and service address of Defendant Nurse Doe.

IT IS THEREFORE ORDERED that:

1.     Dobbins is ALLOWED TO PROCEED with his inadequate medical care claims against Defendants Nurse Laura Cleveland and Nurse Doe.

2.     The Clerk is directed to issue a summons for Laura Cleveland. The United States Marshal Service is directed to serve the summons, Complaint (*Doc. 2*), and this Order on her through Alexandria G. Ah Loy, Sweet Dewberry Hubbard, PLC, 24 West Park Place, Oklahoma City, OK 73103.[4]

DATED this 31st day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[4] Ms. Ah Loy is counsel for Turn Key Medical, the contract medical provider for MCDC. Per Ms. Ah Loy, Laura Cleveland has consented for her to accept service on Cleveland's behalf.