IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VIRGIL DOBBINS, III**  PLAINTIFF
**#48471**

v.  No. 3:22-cv-175-DPM-JTR

**MATT MCCLAIN, Lt.,**
**Mississippi County Detention;**
**LAURA CLEVELAND, Former**
**Nurse; and DOES, "Nurse C.",**
**Turn Key Medical**  DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 4*, as supplemented. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Dobbins's claims against Nurse Cleveland, Nurse Doe, and McClain for refusing to provide him copies of his grievances and medical records are dismissed without prejudice for failing to state a claim upon which relief may be granted. And, McClain will be terminated as a defendant in this case. Dobbins's inadequate medical care claims against Nurse Cleveland and Nurse Doe go forward. The supplement—Dobbins names Turn Key Medical as a separate defendant but pleads no facts against that entity. *Compare Doc. 2 at 1 with Doc. 2 at 4–6*. If Dobbins does not file an amended complaint explaining why Turn Key Medical should remain

-2-

in the case by 30 December 2022, the entity will be dismissed without prejudice for failure to state a claim.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 November 2022