IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VIRGIL DOBBINS, III
#48471                                                                               PLAINTIFF

v.                           No. 3:22-cv-175-DPM

LAURA CLEVELAND, Former
Nurse and DOES, "Nurse C.",
Turn Key Medical                                                              DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Dobbins hasn't responded to the Court's 29 November 2022 Order; instead, his mail is still being returned undelivered. *Doc. 8, 9 & 12.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2023