IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VIRGIL DOBBINS, III  
#48471  

PLAINTIFF

v.   No. 3:22-cv-175-DPM

MATT MCCLAIN, Lt.,
Mississippi County Detention;
LAURA CLEVELAND, Former
Nurse; and DOES, "Nurse C.",
Turn Key Medical

DEFENDANTS

## JUDGMENT

Dobbins's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2023